

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | CIVIL ACTION NO: 1:05CV2318 |
| Plaintiff, | ) ) | JUDGE POLSTER |
| v. | ) ) ) | COMPLAINT AND JURY TRIAL DEMAND |
| THE FEDERAL RESERVE BANK OF CLEVELAND, | ) ) ) | |
| Defendant. | ) ) ) ) | MAG. JUDGE PERELMAN |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended (42 U.S.C. §2000e, et seq), ("Title VII") and Title I of the Civil Rights Act of 1991, to correct continuing unlawful employment practices on the bases of race, Black, and retaliation and to make whole Carl M. Campbell, Jr. who was adversely affected by Defendant's unlawful practices.

Since February of 2002, Defendant has denied Carl M. Campbell, Jr. equal employment opportunities due to his race, Black, and in retaliation for his engagement in activities protected by Title VII.

## JURISDICTION AND VENUE

1.　Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f) (1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3) and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.　The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Northern District of Ohio, Eastern Division.

## PARTIES

3.　Plaintiff, the Equal Employment Opportunity Commission ( "Commission"), is the Agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Section 706(f) (1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.　At all relevant times, Defendant Federal Reserve Bank of Cleveland, (the "Employer") has continuously been a part of the Federal Reserve System, the central bank of the United States, operating in the State of Ohio and the City of Cleveland, and has continuously had at least 15 employees.

5.　At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701 (b), (g) and (h) of Title VII, 42 U.S.C. § 2000e (b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to institution of this lawsuit, Carl M. Campbell, Jr. filed a charge with the Commission alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this suit have been fulfilled.

7. Since at least February of 2002, Defendant Employer has engaged in unlawful employment practices at its Cleveland, Ohio facility, in violation of Sections 703 and 704(a) of Title VII, 42 U.S.C. §§2000e-2 and 2000e-3(a).

>  a) Defendant knew or should have known of a racially hostile environment in its workplace at the Cleveland, Ohio facility, in violation of Section 703.
>
>  b) Defendant failed to take preventive measures to prevent the racially hostile work environment at its Cleveland, Ohio facility, in violation of Section 703.
>
>  c) Defendant failed to take prompt and effective action to address and to eradicate the racially hostile work environment, in violation of section 703.
>
>  d) Defendant subjected Carl M. Campbell, Jr. to different terms and conditions of employment due to impermissible considerations of his race, in violation of Section 703.
>
>  e) Defendant retaliated against Carl M. Campbell, Jr. for his engagement in activities protected by Title VII, in violation of Section 704(a).

8. The effect of the practices complained of above, has been to deprive Carl M. Campbell, Jr. of employment opportunities and to otherwise adversely affect his status as an employee because of his race, Black and in retaliation for his having engaged in activities protected by Title VII.

9. The unlawful practices complained of above were intentional.

10. The unlawful employment practices complained of above were taken with malice and/or reckless indifference to the federally protected rights of Carl M. Campbell.

## PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns and all persons in active concert or participation with it, from discriminating against individuals due to considerations of race.

B. Order Defendant Employer to institute and carry out policies, practices and programs which provide equal employment opportunities for persons of all races and which eradicate the effects of its past and present unlawful employment.

C. Order Defendant Employer to make whole Carl M. Campbell, Jr. by providing affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to, back pay and front pay in amounts to be proven at trial.

D. Order Defendant Employer to make whole Carl M. Campbell, Jr. by providing compensation for past and future pecuniary losses, in amounts to be proven at trial.

E. Order Defendant Employer to make whole Carl M. Campbell, Jr. by providing compensation for past and future non-pecuniary losses in amounts to be proven at trial.

F. Order Defendant Employer to pay Carl M. Campbell, Jr. and all similarly situated individuals, punitive damages for its malicious and reckless conduct described herein above, in amounts to be determined a trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Respectfully submitted,

JAMES L. LEE
DEPUTY GENERAL COUNSEL

GWENDOLYN YOUNG REAMS
ASSOCIATE GENERAL COUNSEL

*C. Larry Watson*
C. Larry Watson
Regional Attorney
Registration No. 0031443
larry.watson@eeoc.gov

*Donna Williams-Alexander*
Donna Williams-Alexander
Trial Attorney
Registration No. 0037838
donna.williams-alexander@eeoc.gov

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Cleveland District Office
1660 West Second Street, Suite 850
Cleveland, Ohio 44113-1412
(216) 522-7454
(216) 522-7430 (fax)